SEARL *v.* SMITH.

A pleading stricken out on motion is not in the record, unless put in by bill of exceptions.

APPEAL from the *Randolph* Circuit Court.

*Per Curiam.*—In this case, the bill of exceptions says that certain evidence was all the evidence; but it shows on its face that it does not contain it all. Items of evidence given are not copied into the bill.

A pleading stricken out on motion is not in the record, unless put in by bill of exceptions. *Saunders* v. *Heaton et al.*, 12 Ind. 20.

The judgment is affirmed, with 5 per cent. damages and costs.

*T. M. Brown*, for appellant.
*J. Smith*, for appellee.